UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In Re:

In re Chapter 11

Laurels Of Fallsburg LLC, Case No. 25-35887 (KYP)

Alleged Debtor.

-------------------------------------------------------------X

In re Chapter 7

**26 CIVIL 08582 (JGLC)**

651 Lakes LLC,

**<u>JUDGMENT</u>**

Case No. 25-35891 (KYP)

Alleged Debtor.

-------------------------------------------------------------X

In re Chapter 7

MagicSoft Group Inc.,

Case No. 25-35888 (KYP)

Alleged Debtor.

-------------------------------------------------------------X

Aron Berlin, et al.,

Plaintiffs,

-against- Adv. Proc. No. 25-09019 (KYP)

Jennifer Safken, et al.,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 1, 2026, the appeal is deemed abandoned, and IT IS THEREFORE ORDERED that the appeal in the above-entitled action is hereby DISMISSED.

**DATED:** New York, New York
October 6, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**